UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jane Doe 1, by and through her parents and natural guardians, Mother Doe 1 and Father Doe 1, and Jane Doe 2;<br><br>　　　　　Plaintiffs,<br>v.<br><br>Independent School District 31 d/b/a Bemidji Area Schools,<br><br>　　　　　Defendant. | Case No: 20-CV-00226-SRN/LIB<br>Case Type: Other Civil Rights<br><br><br><br>**ORDER OF DISMISSAL:<br>JANE DOE 1** |

　　　Pursuant to the stipulation of the parties, ECF No. 310, which represents that the claims of Plaintiff Jane Doe 1 in the above-entitled action have been fully, finally, and completely compromised and settled,

　　　**IT IS HEREBY ORDERED** that the claims of Plaintiff Jane Doe 1 in the above-captioned action are hereby dismissed with prejudice, on the merits and without attorney fees, costs, or disbursements to any party.

　　　There being no reason for delay, on the claims of Plaintiff Jane Doe 1, **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Thursday, May 11, 2023

　　　　　　　　　　　　　　　　　　　　　_Susan Richard Nelson_
　　　　　　　　　　　　　　　　　　　　　Susan Richard Nelson
　　　　　　　　　　　　　　　　　　　　　United States District Judge